Tatyana Evgenievna Drevaleva

10660 Hidden Mesa Place

Monterey, CA, 93940

415-806-9864, tdrevaleva@gmail.com

Plaintiff in Pro Per

FILED
JUL 02 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tatyana E. Drevaleva )<br>)<br>   Plaintiff, )<br>)<br>   vs. )<br>)<br>1) The U.S. Department of Veterans )<br>  Affairs )<br>)<br>2) Mr. Peter O'Rourke, Acting United )<br>  States Secretary of Veterans Affairs )<br>  810 Vermont Avenue, NW )<br>  Washington, DC 20420 )<br>)<br>Facility: New Mexico VA Healthcare System )<br>  1501 San Pedro Drive, S.E. )<br>  Albuquerque, NM 87108 )<br>)<br>   Defendant. )<br>_____ ) | Case No. CV-183748<br><br>Administrative Motion to Transfer my<br><br>Case to the San Francisco Division. |

  Plaintiff Tatyana Drevaleva herein requires to transfer the case to the San Francisco division.

  Currently, I am residing in Monterey, CA. Currently, I am unemployed, and I am receiving Food Stamps and General Assistance from Monterey County. I am respectfully asking the Court to transfer my case to the San Francisco division for the following reasons:

Page 1 of 2

Admin. Motion to Transfer my Case to the San Francisco Division, Case No. CV-183748

1) I need to deliver Chamber copies to the Court room. I have a friend of mine who lives in San Francisco at Civic Center. My friend's name is Ms. Liliya Nagul. She agreed to help me delivering the Chamber copies to the Courthouse in San Francisco for free. If I mailed the Chamber copies to the Courthouse in San Jose, I would spend a lot of money for overnight mail that I can't financially afford now

2) It will be easier for me to come to San Francisco for the Case Management Conference and to a Jury Trial and spend nights at Liliya's place for free. If I went to the trial in San Jose, I would spend a lot of money for renting a hotel room that I can't financially afford now

3) It is much easier for me to go to the Courthouse in San Francisco using public transportation than to go to the Courthouse in San Jose. Currently, I don't have a car, and I rely on public transportation. The Courthouse in San Francisco has a wonderful BART connection.

**Conclusion.**

Based on everything stated above, I am respectfully asking the Court to transfer my case to the San Francisco division.

I declare under the penalty of perjury under the Federal laws and the laws of the State of California that the foregoing is true and correct. Executed at City of Monterey, CA, on June 28th, 2018.

Respectfully submitted,

Date: June 28th, 2018            Sign Name: _/s/_

                                  Print Name: Tatyana E. Drevaleva