1  Tatyana Evgenievna Drevaleva
2  No current home postal address
3  Currently residing in California
4  415-806-9864, tdrevaleva@gmail.com
5  Plaintiff in Pro Per

FILED
JUL 25 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

### THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tatyana E. Drevaleva, <br><br> Plaintiff, <br><br> vs. <br><br> 1) The U.S. Department of Veterans Affairs <br> 2) Mr. Peter O'Rourke, Acting United States Secretary of Veterans Affairs <br>  810 Vermont Avenue, NW <br>  Washington, DC  20420 <br><br> Facility: New Mexico VA Healthcare System <br>  1501 San Pedro Drive, S.E. <br>  Albuquerque, NM 87108 <br><br> Defendant. | Case No. 5:18-cv-03748-LHK <br><br> **Notice of Motion; Motion for Leave to File a Motion for Reconsideration of the Court's Order Denying my Request for Permission for Electronic Case Filing; Declaration.** <br><br> Date: 12/20/2018 <br> Time: 1.30PM <br> Judge: Hon. Lucy H. Koh |

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL ON RECORD.

NOTICE IS HEREBY GIVEN that on 12/20/2018 at 1.30PM or as soon thereafter as the matter may be heard in Courtroom 8 of the United States District Court of Northern California, located in 280 South First Street, Rm 2112, San Jose, CA, 95113, Plaintiff Pro Se Tatyana

Motion for Leave to File a Motion for Reconsideration, case No. 5:18-cv-03748-LHK

1  Drevaleva will move the Court to reconsider its Order denying my Request for Permission for
2  Electronic Case Filing..
3        I am filing this Motion for Reconsideration in compliance with FRCP, Rule 60(b)(6).
4        Said Motion for Leave to File a Motion for Reconsideration shall be based on this Notice,
5  the attached Motion for Leave to File a Motion for Reconsideration, the attached Memorandum
6  of Points and Authorities, the attached Declaration, the pleadings and papers on file, and on such
7  additional maters as may be presented to the Court prior to or at the hearing.
8  Dated: July 23rd, 2018      Signed: Tatyana Drevaleva

## Memorandum of Points and Authorities.

### Introduction.

Plaintiff Tatyana Drevaleva is praying for the Court to allow her to use ECF/PACER systems to file the documents and promptly receive the documents from the opposing Counsel.

### Statement of Facts.

On 07/02/2018, I submitted a Request for Permission for Electronic Case Filing. On July 17, 2018, Hon. Judge Koh denied my request without giving explanations. On 07/14/2018, I lost my home postal address in Monterey, CA (I used the home postal address of my friends), and I moved out of Monterey. On 07/20/2018, I submitted a Notice of a Change of Address to the Court where I explained that I had become homeless and I couldn't use any home postal address to get my mail.

I am registered with ECF/PACER through my previous case at the U.S. District Court of Northern California *Drevaleva x. Alameda Health System et al.*, case No. 3:16-cv-07414-LB.

### Legal Standard.

Read FRCP Rule 60(b)(6), "On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:…(6) any other reason that justifies relief."

In my Notice of a Change of Address, I explained to the Court that currently I have no any postal address, and I can't receive mail. I also don't have a car, and I can't drive to any P.O. box to get my mail. I work with my client in Mill Valley for four 24-hour shifts per week, and I can't leave my client during this time to go to any location to get my mail. The only way I can communicate with the Court and the opposing Counsel is via email and via ECF/PACER. I already have experience filing documents in ECF and receiving documents via PACER.

**Conclusion.**

Based on everything mentioned above, I am respectfully asking the Court's permission to file a Motion for Reconsideration of the Court's Order Denying my Request for Electronic Case Filing.

Respectfully submitted,

Date: July 23rd, 2018                           Sign Name: /s/

                                                Print Name: Tatyana E. Drevaleva