1  Tatyana Evgenievna Drevaleva
2  No current home postal address
3  Currently residing in California
4  415-806-9864, tdrevaleva@gmail.com
5  Plaintiff in Pro Per

FILED
JUL 25 2018
CLERK, SUSAN Y. SOONG
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tatyana E. Drevaleva | Case No. 5:18-cv-03748-LHK |
| Plaintiff, | **Declaration in support for Motion for** |
| vs. | **Leave to File a Motion for** |
| 1) The U.S. Department of Veterans Affairs | **Reconsideration of the Court's Order** |
| 2) Mr. Peter O'Rourke, Acting United States Secretary of Veterans Affairs 810 Vermont Avenue, NW Washington, DC 20420 | **Denying my Request for Permission for Electronic Case Filing.** |
| Facility: New Mexico VA Healthcare System 1501 San Pedro Drive, S.E. Albuquerque, NM 87108 | Date: 12/20/2018 Time: 1.30PM |
| Defendant. | Judge: Hon. Lucy H. Koh |

I, Plaintiff Tatyana Drevaleva, hereby declare:

1) I am a Plaintiff Pro Se and a party of this action
2) I have a personal knowledge of the facts stated herein, which are known by me to be true and correct, and I will testify competently thereto

3) On July 14, 2018, I lost my postal address in Monterey, CA, and currently I can't receive any mail

4) I am already registered with ECF/PACER through my previous federal case

5) I don't have a car, and I can't drive to any location to get my mail at any P.O. box

6) I work for four 24-hour shifts a week with my client in Mill Valley, and I can't leave my client during this time to go to any location to get my mail

7) Therefore, I am respectfully asking the Court's permission to file a Motion for Reconsideration of the Court's Order Denying my Request for Permission for Electronic Case Filing.

I declare under the penalty of perjury under the Federal laws and the laws of the State of California that the foregoing is true and correct. Executed at City of Mill Valley, CA, on July 23rd, 2018.

Date: July 23rd, 2017            Sign Name: *[signature]*

                                                  Print Name: Tatyana E. Drevaleva

Declaration for Motion for Leave to File a Motion for Reconsider., case No. 5:18-cv-03748-LHK