|   |   |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | SARA WINSLOW (DCBN 457643)<br>Chief, Civil Division |
| 3 | KIMBERLY A. ROBINSON (DCBN 999022)<br>Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
FAX: (415) 436-6748
kimberly.robinson3@usdoj.gov

Attorneys for Defendants U.S. DEPARTMENT OF VETERANS AFFAIRS ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TATYANA EVGENIEVNA DREVALEVA, | ) Case No. 3:18-cv-03748-WHA |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER GRANTING |
|  | ) DEFENDANTS' ADMINISTRATIVE MOTION |
| v. | ) TO STAY THE CASE PENDING |
|  | ) RESTORATION OF FUNDING |
| U.S. DEPARTMENT OF VETERANS AFFAIRS ET AL., | ) |
|  | ) |
| Defendants. | ) |

On January 16, 2019, in light of the lapse of federal appropriations to the Department of Justice, Defendants U.S. Department of Veterans Affairs and Secretary Wilkie moved this Court for an order to stay the above-captioned case until Congress restores funding to the U.S. Department of Justice. Good cause appearing, Defendants' motion is hereby GRANTED. The case is hereby STAYED and shall be CONTINUED until a date after the shutdown of the federal government has ended and relevant appropriations to the U.S. Department of Justice have been restored.

IT IS SO ORDERED.

DATED: January __17__, 2019

_____
HON. WILLIAM H. ALSUP
United States District Judge