**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 28 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, and ROBERT WILKIE, United States Secretary of Veterans Affairs, <br><br> Defendants-Appellees. | No. 18-17343 <br><br> D.C. No. 3:18-cv-03748-WHA Northern District of California, San Francisco <br><br> ORDER |

Before: CANBY, GRABER, and McKEOWN, Circuit Judges.

A review of the record and the parties' briefs indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (stating standard); *Am. Hotel & Lodging Ass'n v. City of Los Angeles*, 834 F.3d 958, 962 (9th Cir. 2016) (denial of preliminary injunction reviewed for abuse of discretion).

Accordingly, we summarily affirm the district court's December 3, 2018 order denying preliminary injunctive relief.

Appellant's motion for sanctions is denied (Docket Entry No. 20).

All other pending motions are denied as moot.

MF/Pro Se

No emergency motions for reconsideration of this order will be filed or entertained.

**AFFIRMED**.