FILED

APR 18 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Tatyana Evgenievna Drevaleva,

　　　　Plaintiffs,

v.

U.S. Department of Veterans Affairs, et al,

　　　　Defendants.

Case No. C 18-cv--03748 WHA

ORDER FOR REFERRAL OF MOTION FOR RECUSAL

**GOOD CAUSE APPEARING, IT IS ORDERED**

On February 25, 2019, Judge William H. Alsup directed that plaintiff's Motion for Disqualification of Judge William H. Alsup pursuant to 28 U.S.C. §144 be referred to the Clerk for reassignment. Pursuant to Civil Local Rule 3-14, the motion for recusal is hereby referred to the Honorable Yvonne Gonzalez Rogers.

　　　　　　　　　　　　　　　　　　　　　SUSAN Y. SOONG
　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Dated:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　By: KATHLEEN SHAMBAUGH
　　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk of Operations