FILED

APR 18 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; ROBERT WILKIE, United States Secretary of Veterans Affairs,<br><br>Defendants-Appellees. | No.  18-17241<br><br>D.C. No. 3:18-cv-03748-WHA<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before:    McKEOWN, BYBEE, and OWENS, Circuit Judges.

The district court certified that the appeal is frivolous and revoked appellant's in forma pauperis status. *See* 28 U.S.C. § 1915(a). On December 4, 2018, the court ordered appellant to explain in writing why this appeal should not be dismissed as frivolous. *See* 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

Upon a review of the record and the response to the court's December 4, 2018 order, we conclude this appeal is frivolous. We therefore deny appellant's motion to proceed in forma pauperis (Docket Entry No. 8) and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2).

**DISMISSED**.