UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF VETERANS AFFAIRS, et al., <br><br> Defendants. | Case No. 19-cv-02665-LB <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable William H. Alsup for consideration of whether the case is related to *Drevaleva v. U.S. Department of Veterans Affairs*, No. 3:18-cv-03748-WHA.

**IT IS SO ORDERED.**

Dated: May 21, 2019

LAUREL BEELER
United States Magistrate Judge

ORDER – No. 19-cv-02665-LB