FILED

JUL 12 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; ROBERT WILKIE, United States Secretary of Veterans Affairs, <br><br> Defendants-Appellees. | No.  18-17241 <br><br> D.C. No. 3:18-cv-03748-WHA <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before:    McKEOWN, BYBEE, and OWENS, Circuit Judges.

We treat Drevaleva's petition for rehearing en banc (Docket Entry No. 11) as a motion for reconsideration en banc.

The motion for reconsideration en banc is denied on behalf of the court. *See* 9th Cir. R. 27-10; 9th Cir. Gen. Ord. 6.11.

No further filings will be entertained in this closed case.