UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 22 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS and ROBERT WILKIE, United States Secretary of Veterans Affairs,<br><br>        Defendants - Appellees. | No. 18-17241<br><br>D.C. No. 3:18-cv-03748-WHA<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered April 18, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica F. Flores Poblano
Deputy Clerk
Ninth Circuit Rule 27-7