IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF VETERANS AFFAIRS, *et al.*, <br><br> Defendants. | No. C 18-03748 WHA <br><br> **ORDER RE *IN FORMA PAUPERIS* STATUS ON APPEAL** |

Our court of appeals has referred this matter to the undersigned judge for the limited purpose of determining whether *in forma pauperis* status should continue for *pro se* plaintiff Tatyana Drevaleva (Dkt. No. 179). There is no evidence that plaintiff's financial position has changed significantly since she was granted leave to proceed *in forma pauperis* in the instant action. Moreover, while plaintiff's case is weak, the Court cannot say that plaintiff's appeal is so frivolous or insincere as to deny continued *in forma pauperis* status. Accordingly, this order finds that she may proceed *in forma pauperis* on her pending appeal. The Clerk shall please notify the United States Court of Appeals for the Ninth Circuit of this order.

**IT IS SO ORDERED.**

Dated: August 14, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE