UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF VETERANS AFFAIRS,<br><br>Defendant. | Case No. 19-cv-06127-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On September 26, 2019, this case was transferred from the United States Court of Appeals for the Federal Circuit to the Northern District of California. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge William Alsup to determine whether it is related to Drevaleva v. U.S. Dep't of Veterans Affairs et al., 18-3748.

**IT IS SO ORDERED.**

Dated: October 11, 2019

Donna M. Ryu
United States Magistrate Judge