UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 05 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>  Plaintiff - Appellant,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; et al.,<br><br>  Defendants - Appellees. | No. 19-16395<br><br>D.C. No. 3:18-cv-03748-WHA<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

The opening brief submitted on October 12, 2019 by Tatyana Evgenievna Drevaleva is filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kevin Wing Gee
Deputy Clerk
Ninth Circuit Rule 27-7