| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 5 2019 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

TATYANA EVGENIEVNA DREVALEVA,

        Plaintiff-Appellant,

 v.

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; et al.,

        Defendants-Appellees.

No. 19-16395

D.C. No. 3:18-cv-03748-WHA
Northern District of California,
San Francisco

ORDER

Before: SILVERMAN and W. FLETCHER, Circuit Judges.

Appellant's motion for a limited remand (Docket Entry No. 5) is denied.

Appellant's motion to expedite this appeal (Docket Entry No. 14) is denied.

Appellant's motion for injunctive relief (Docket Entry No. 17) is denied.

Appellant's petition for initial hearing en banc (Docket Entry No. 15) will be addressed by separate order.

The Clerk shall file the opening brief received on October 12, 2019 (Docket Entry No. 13). The answering brief is due December 5, 2019, and the optional reply brief is due within 21 days after service of the answering brief.