UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 13 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

TATYANA EVGENIEVNA
DREVALEVA,

               Plaintiff-Appellant,

 v.

UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS; et al.,

               Defendants-Appellees.

No. 19-16395

D.C. No. 3:18-cv-03748-WHA
Northern District of California,
San Francisco

ORDER

Before:  SILVERMAN and W. FLETCHER, Circuit Judges.

Appellant's motion for reconsideration (Docket Entry No. 28) is denied.  *See*

9th Cir. R. 27-10.

The briefing schedule established previously remains in effect.