| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 21 2020 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

TATYANA EVGENIEVNA DREVALEVA,

        Plaintiff-Appellant,

 v.

DEPARTMENT OF VETERANS AFFAIRS; et al.,

        Defendants-Appellees.

No. 19-16395

D.C. No. 3:18-cv-03748-WHA
Northern District of California,
San Francisco

ORDER

Before: OWENS and BENNETT, Circuit Judges.

    Appellant's motion for injunctive relief (Docket Entry No. 55) is denied.

    The briefing schedule established previously remains in effect.