UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TATYANA EVGENIEVNA DREVALEVA,

    Plaintiff,

v.

U.S. DEPARTMENT OF VETERANS AFFAIRS, et al.,

    Defendants.

No. C 18-03748 WHA

**ORDER RE LETTER REQUESTING INDICATIVE RULING**

While her appeal pends, plaintiff Tatyana Drevaleva seeks an indication from this Court whether it would be willing to grant a third motion to vacate the judgment in favor of defendants. The Court cannot speculate about the substance of such a motion before it is filed. If Ms. Drevaleva timely files such motion, the Court will then be in the position to either deny it or offer an indicative ruling.

**IT IS SO ORDERED.**

Dated: June 30, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE