UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TATYANA EVGENIEVNA DREVALEVA,

    Plaintiff,

v.

U.S. DEPARTMENT OF VETERANS AFFAIRS, et al.,

    Defendants.

No. C 18-03748 WHA

**ORDER PERMITTING THIRD AND FINAL MOTION TO VACATE JUDGMENT**

    The Court appreciates plaintiff Tatyana Drevaleva's candor, pointing out that a previous order had indicated no further filings would be entertained, in her request for leave to file a further motion to vacate the judgment. As defendants note, this Court lacks jurisdiction to grant any relief from the prior judgment due to plaintiff's appeal; but Rule 62.1 permits the indicative ruling plaintiff seeks. Leave is **GRANTED**. Per the time restrictions of Federal Rule of Civil Procedure 60(c)(1), this third and final motion is due **JULY 11**.

    **IT IS SO ORDERED.**

Dated: July 9, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE