UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS, et al.,<br><br>　　　　Defendants. | No. C 18-03748 WHA<br><br>**ORDER VACATING HEARING** |

　　　The August 20 hearing is **VACATED**. The Court will decide the pending third motion to vacate judgment on the papers.

　　　**IT IS SO ORDERED.**

Dated: August 6, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE