FILED

SEP 21 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re:  TATYANA EVGENIEVNA DREVALEVA. <br> _____ <br> TATYANA EVGENIEVNA DREVALEVA, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO, <br><br> Respondent, <br><br> DEPARTMENT OF VETERANS AFFAIRS; ROBERT WILKIE, United States Secretary of Veterans Affairs, <br><br> Real Parties in Interest. | No.   20-72581 <br><br> D.C. No. 3:18-cv-03748-WHA Northern District of California, San Francisco <br><br> ORDER |

Before:  O'SCANNLAIN, RAWLINSON, and CHRISTEN, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus.  *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977).  Accordingly, the petition is denied.

No further filings will be accepted in this closed case.

**DENIED.**