UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>    Plaintiff,<br><br>v.<br><br>DENNIS HAYO, et al.,<br><br>    Defendants. | Case No. 21-cv-00684-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On January 26, 2021, Plaintiff Tatyana Evegenievna Drevaleva filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge William H. Alsup to determine whether it is related to *Drevaleva v. U.S. Department of Veterans Affairs*, 18-cv-03748 WHA.

**IT IS SO ORDERED.**

Dated: February 1, 2021

DONNA M. RYU
United States Magistrate Judge