UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS, et al.,<br><br>    Defendants. | Case No. 18-cv-03748-HSG<br><br>**ORDER REGARDING ADMINISTRATIVE MOTION FOR REASSIGNMENT**<br><br>Re: Dkt. No. 320 |

On March 16, 2021, Plaintiff Tatyana Drevaleva filed an administrative motion requesting that the Court reassign this case, as well as seven related cases,[1] to one of three named magistrate judges. Dkt. No. 320. However, Plaintiff previously declined to consent to magistrate judge jurisdiction in this case and others. Dkt. No. 4; *see also* Case No. 4:19-cv-02665-HSG, Dkt. No. 10; Case No. 4:20-cv-00820-HSG, Dkt. No. 4. The cases may only be reassigned to a magistrate judge if both parties consent. Civil Local Rule 73-1(b). If Plaintiff now consents to magistrate judge jurisdiction, she must file a consent form in each case in which she seeks reassignment, expressly confirming that she consents to the reassignment of that case to any of the three named magistrate judges.

\\\
\\\
\\\

---

[1] The related cases include Case Nos. 4:21-cv-00684-HSG, 4:19-cv-01454-HSG, 4:19-cv-02665-HSG, 4:19-cv-06127-HSG, 4:19-cv-05927-HSG, 4:20-cv-00820-HSG, and 4:21-cv-00500-HSG. The Court notes that several of these cases are closed, with previous dismissal orders having been affirmed by the Ninth Circuit. Because all of the cases have been assigned to the undersigned, if both parties consent to magistrate judge reassignment, the reassigned magistrate judge can consider what if anything to do with the closed cases.

1    If Plaintiff consents, the government is directed to file a consent or declination in each case
2    in which it has been served within three court days of the filing of Plaintiff's consent.
3    **IT IS SO ORDERED.**
4    Dated:  3/23/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge