UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>  Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS, et al.,<br><br>  Defendants. | Case No.  18-cv-03748-JCS<br><br>**ORDER DENYING MOTION TO DISQUALIFY COUNSEL AND PROHIBITING FURTHER MOTIONS BEFORE THE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 347 |

Plaintiff Tatyana Drevaleva's motion to disqualify opposing counsel (dkt. 347) is DENIED.  Drevaleva may not file any further motions in this case until after the April 30, 2021 case management conference.  If the deadline to file any motion would otherwise expire between the date of this order and the case management conference, any such deadline is hereby extended to May 7, 2021.

**IT IS SO ORDERED.**

Dated: April 5, 2021

JOSEPH C. SPERO
Chief Magistrate Judge