**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**ZOOM CIVIL MINUTE ORDER**

| **Case No.:** 18-cv-03748-JCS<br>Related Case: 21-cv-0500-JCS and 21-cv-0684 JCS | **Case Name:** Drevaleva v. U.S. Department of Veterans Affairs<br>**Related Case Name:** Drevaleva v. Glazer, et al<br>**Related Case Name:** Drevaleva g. Hayo, et al. | |
|---|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: April 30, 2021 | **Time:** 35 M (2:04-2:39) |

**Attorney for Plaintiff:** Tatyana Drevaleva, pro se
**Attorney for Defendant:** Kimberly Robinson

**Deputy Clerk:** Karen Hom          **Court Reporter:** Zoom Webinar Time: 2:04-2:39

**ZOOM WEBINAR PROCEEDINGS**

1. Initial Case Mgmt Conferences – Held
2. Plaintiff's Oral Motion for Preliminary Injunction – Denied
3. Plaintiff's Oral Motion to Disqualify AUSA Kimberly Robinson – Denied.

**ORDERED AFTER HEARING**

Any Administrative Motions filed by the Plaintiff in any of the above three (3) cases will not require the AUSA to respond unless otherwise ordered by the Court.

18-cv-3748 JCS Drevaleva v. U.S. Department of Veterans Affairs – No further amended complaint shall be filed and the AUSA should respond to the two claims (Title 7 and Rehabilitation) in the operative complaint.
Discovery in this case is open.
By May 7, 2021, file a proposed schedule on discovery and motion practice.

21-cv-500 JCS Drevaleva v. Glazer, et al – AUSA plans to file a 12 (b)(6) motion.

21-cv-684 JCS Drevaleva v. Hayo – AUSA will work on service and that they would consent to magistrate jurisdiction.

Updated separate case management conference statements due 7/23/2021.

**NOTES:**   Ms. Drevaleva left the Zoom Webinar at 2:30 PM.

**CASE CONTINUED TO:**   07/30/2021 at 2:00 PM for a further case management conference by Zoom.  Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.