1  Tatyana Evgenievna Drevaleva

2  3015 Clement St., Apt. 204,

3  San Francisco, CA, 94121

4  415-954-2116, tdrevaleva@gmail.com

5  Plaintiff in Pro Per

6

7                              THE UNITED STATES DISTRICT COURT

8                                      FOR NORTHERN CALIFORNIA

9

10

11                                                              )   Case No. 3:18-cv-03748-JCS
                                                                )
12   Tatyana E. Drevaleva                                       )
                                                                )
13              *Plaintiff*,                                    )   Plaintiff's Response to the May 11, 2021
                                                                )
14              vs.                                             )   Order of the Hon. Judge Joseph C. Spero
                                                                )
15                                                              )   Who Refused to Disqualify Himself
     Mr. Denis Richard McDonough in his                         )
16   capacity as a Secretary of the U.S.                        )   From Judging my Lawsuits.
     Department of Veterans Affairs                             )
17                                                              )
     810 Vermont Avenue, NW,                                    )
18   Washington, D.C. 20420                                     )   Location: Courtroom F – 15th Floor
                                                                )
19              *Defendant*                                     )   450 Golden Gate Avenue,
                                                                )
20   Facility:                                                  )   San Francisco, CA 94102
                                                                )
21      New Mexico VA Healthcare System                         )   Judge: The Hon. Chief Magistrate
        1501 San Pedro Drive, S.E.                              )
22      Albuquerque, NM, 87108                                  )           Judge Joseph C. Spero
                                                                )
23                                                              )
                                                                )
24                                                              )
                                                                )
25                                                              )
                                                                )
26                                                              )
                                                                )
27   _____)

28

Plaintiff's Response to the Order that Refused to Disqualify, case No. 3:18-cv-03748-JCS

1    Plaintiff Pro Se Tatyana Drevaleva is responding to the May 11, 2021 Order of the Hon.
2  Judge Joseph C Spero who refused to disqualify himself from judging my lawsuits.
3    When I filed that Order, I intentionally didn't cite any statute such as 28 U.S.C. §§ 144
4  and 455. I just asked the Hon. Judge Joseph Spero to think whether he is able to judge
5  impartially and to issue a fair Judgment. In his May 11, 2021 Order, the Hon. Judge Joseph
6  Spero assured the Parties that he is able to judge impartially and to issue a fair Judgment. This is
7  a very sufficient response for me for now.
8    I got sick and tired of both Alsup's and Robinson's felonies for almost three years.
9    I am responding to the Hon. Judge Joseph Spero's assertion that I "speculated" when I
10 asked the Judge to disqualify himself. No, I didn't speculate. At that time, I asked the Hon. Judge
11 Joseph Spero to disqualify himself for the following reasons:
12   1) Because he refused to issue Preliminary Injunction
13   2) Because he actively praised Alsup
14   3) Because he refused to disqualify Robinson
15   4) Because he refused to appoint a Counsel to assist me with my lawsuits.
16
17   I am very grateful to the Hon. Judge Joseph Spero for ordering to serve Defendants with
18 Summons and Complaints in cases No. 3:21-cv-00500-JCS and 3:21-cv-00684-JCS.
19   I am also very grateful to the Hon. Judge Joseph Spero for his Order that allowed
20 Defendants to file Motions for Summary Judgments in cases No. 3:21-cv-00500-JCS and 3:21-
21 cv-00684-JCS. Early Motions for Summary Judgments will save money, resources, and time,
22   I am explaining that I am not the kind of person who wants to file endless lawsuits
23 against everybody. I sincerely and honestly filed my very first lawsuit No. 3:18-cv-03748-JCS
24 with a hope to obtain a speedy relief. However, both Alsup and Robinson intentionally and
25 maliciously prevented me from obtaining relief. Because of that, I was unable to obtain a job in
26 my professional field, I was unable to study, to get a better paid job, and I was unable to create a
27 family. Because of Alsup's and Robinson's felonies, I was evicted from my place of living in
28

Plaintiff's Response to the Order that Refused to Disqualify, case No. 3:18-cv-03748-JCS

1  Daly City on 2019, and I spent a week in a homeless shelter in San Francisco in 2019. Both
2  Alsup and Robinson didn't care.

3  I filed a lawsuit against Defendant Mr. Joseph Glazer because he refused to listen to me
4  when I said to him that I had left my job at the Raymond G. Murphy VAMC with a permission
5  of Assistant Manager Mr. Phil Johnson. Mr. Glazer refused to reinstate me back to work. As a
6  result, I have suffered from a severe loss of money.

7  I filed a lawsuit against Defendant Mr. Hayo because he had negligently investigated my
8  EEO claim, and he found in favor of Defendants. As a result, I have suffered from a severe loss
9  of money.

10  On May 11, 2021, the Hon. Judge Joseph Spero assured the Parties that "The Court has
11  no deep-seated favoritism or antagonism that would make fair judgment impossible, nor is the
12  Court aware of any circumstances that would cause its impartiality to reasonably be questioned."

13  I believe that the Hon. Judge Joseph Spero will be judging honestly and impartially. This
14  is the only I am asking about.

15  I didn't want to upset the Hon. Judge Joseph Spero when I filed my request for
16  disqualification. I didn't speculate when I filed that request. I only wanted the Hon. Judge Joseph
17  Spero to ask himself whether or not he would be judging honestly and impartially.

19  I declare under the penalty of perjury and under the Federal laws that all foregoing is true
20  and correct. Executed at San Francisco, CA on May 11, 2021.

22  Respectfully submitted,

24  s/ Tatyana Drevaleva

26  Plaintiff Pro Se
27  May 11, 2021.

Plaintiff's Response to the Order that Refused to Disqualify, case No. 3:18-cv-03748-JCS