STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Fax: (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS, et al.,<br><br>    Defendants. | CASE NO. 3:18-CV-03748-JCS<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL FOR DEFENDANTS** |

TO ALL PARTIES:

    NOTICE IS HEREBY GIVEN that AUSA Adrienne Zack, lead counsel for Defendants, will be unavailable from May 14, 2021, to May 23, 2021.  AUSA Zack has primary responsibility for representing Defendants.  During said period of time there is no one responsible for or similarly competent to attend court hearings, draft pleadings, respond to motions, respond to discovery requests, attend depositions, or provide legal services in the above matter.

//

//

//

//

NOTICE OF UNAVAILABILITY
3:18-CV-3748-JCS

1  DATED: May 13, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

*/s/ Adrienne Zack*
ADRIENNE ZACK
Assistant United States Attorney

Attorneys for Defendants