| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | JUN 8 2021 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: TATYANA EVGENIEVNA DREVALEVA.

———————————————

TATYANA EVGENIEVNA DREVALEVA,

Petitioner,

v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,

Respondent,

U.S. DEPARTMENT OF VETERANS AFFAIRS; et al.,

Real Parties in Interest.

No.  21-71004

D.C. No. 3:18-cv-03748-JCS
Northern District of California,
San Francisco

ORDER

Before: SILVERMAN, NGUYEN, and R. NELSON, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

Petitioner's motion to proceed in forma pauperis (Docket Entry No. 2) is denied as moot.

No further filings will be accepted in this closed case.

**DENIED.**