1  Tatyana Evgenievna Drevaleva
2  3015 Clement St., Apt. 204,
3  San Francisco, CA, 94121
4  415-954-2116, tdrevaleva@gmail.com
5  Plaintiff in Pro Per

THE UNITED STATES DISTRICT COURT

FOR NORTHERN CALIFORNIA

| | |
|---|---|
| Tatyana E. Drevaleva | Case No. 3:18-cv-03748-JCS |
| *Petitioner*, | |
| vs. | Notice of a Change of a Cell Phone Number. |
| Mr. Denis Richard McDonough in his capacity as a Secretary of the U.S. Department of Veterans Affairs | |
| 810 Vermont Avenue, NW, Washington, D.C. 20420 | Location: Courtroom F – 15th Floor |
| *Defendants* | 450 Golden Gate Avenue, |
| Facility: | San Francisco, CA 94102 |
| New Mexico VA Healthcare System 1501 San Pedro Drive, S.E. Albuquerque, NM, 87108 | Judge: The Hon. Chief Magistrate Judge Joseph C. Spero |

Plaintiff Tatyana Drevaleva is submitting a Notice of a change of a cell phone number. My new cell phone number is 415-954-2116.

I declare under the penalty of perjury and under the Federal laws that all foregoing is true and correct. Executed at San Francisco, CA on June 13, 2021.

Respectfully submitted,

s/ Tatyana Drevaleva

Plaintiff Pro Se

June 13, 2021.