1  Tatyana Evgenievna Drevaleva

2  3015 Clement St., Apt. 204,

3  San Francisco, CA, 94121

4  415-954-2116, tdrevaleva@gmail.com

5  Plaintiff in Pro Per

6

7                    THE UNITED STATES DISTRICT COURT

8                         FOR NORTHERN CALIFORNIA

9

10

| | |
|---|---|
| 11 | Case No. 3:18-cv-03748-JCS |
| 12  Tatyana E. Drevaleva | |
| 13         *Plaintiff*, | Declaration to the Second Motion to |
| 14             vs. | Strike Defendants' June 04, 2021 Answer |
| 15  1) The U.S. Department of Veterans Affairs | to My Original June 25, 2018 Complaint |
| 16 | in Its Entirety or Partially, |
| 17  2) Mr. Denis Richard McDonough in his capacity as a Secretary of the U.S. Department of Veterans Affairs | F.R.C.P. Rule 12(f.) |
| 18 | |
| 19  810 Vermont Avenue, NW, Washington, D.C. 20420 | Date: July 30, 2021 |
| 20         *Defendant* | Time: 09:30 AM |
| 21  Facility: | Location: Courtroom F – 15th Floor |
| 22  New Mexico VA Healthcare System 1501 San Pedro Drive, S.E. | 450 Golden Gate Avenue, |
| 23  Albuquerque, NM, 87108 | San Francisco, CA 94102 |
| 24 | Judge: The Hon. Chief Magistrate |
| 25 | Judge Joseph C. Spero |

26
27
28

Declaration to the Second Motion to Strike; No. 3:18-cv-03748-JCS

I, Plaintiff Tatyana E. Drevaleva, hereby declare:

1) I am a Plaintiff Pro Se and a Party in this action

2) I have personal knowledge of the facts stated herein, which are known by me to be true and correct, and I will testify competently thereto

3) I am respectfully asking to strike Zack's June 04, 2021 Answer in its entirety because it is unsworn, and it violates 28 U.S.C. § 1746. This Answer is hearsay that is not supposed to be reviewed

4) I am respectfully asking to strike Zack's June 04, 2021 Answer in its entirety because it violates the F.R.C.P. Rule 11(b)

5) As an alternative, I am respectfully asking to partially strike Zack's June 04, 2021 Answer for the reasons that I specified in my Second Motion to Strike

6) I am asking the Court to strike multiple libelous Zack's assertions that Defendants were not aware about my age

7) I am asking the Court to strike a libelous Zack's assertion that I worked for an eight hour shift. In fact, I worked for 12 hour shifts, and I was never compensated for working in excess of 8 hours per day

8) I am respectfully asking to strike Zack's statements that:

   a) **That I was not entitled for an FMLA** leave because **I didn't work at the VA for 12 months** because it is immaterial, see the AFGE Master Agreement, Article 35, Section 16 - Family and Medical Leave Act (FMLA), Subdivision (B)(2.) Pursuant to the FMLA and the AFGE Master Agreement, I was entitled to 12 weeks of an unpaid leave per year **for a serious health condition** regardless **whether or not I worked at the VAMC for 12 months**.

   b) That I didn't submit my medical certification **at all** prior on May 17, 2017 together with my OPM 71 form because it is immaterial, see 5 CFR § 630.1208(a) and the 42 U.S.C. § **12112(d)(4)(A)**'s **medical inquiry prohibition**. *Taylor v. City of Shreveport*, 798 F.3d 276,283 (5th Cir. 2015).

      c) That I didn't submit my medical certification **on English language** prior to my May 18, 2017 trip to Russia because it is immaterial, see 5 CFR § 630.1208(d)

      d) That **on May 19, 2017 Dr. Prince disapproved my Request for a LWOP** because it is immaterial, see 5 CFR § 630.1208(g) (a mandatory obligation to give me a provisional leave pending the final medical certification.)

9) I am also asking to strike multiple other libelous Zack's assertions that I specified in my Second Motion to Strike.

I declare under the penalty of perjury and under the Federal laws that all foregoing is true and correct. Executed at San Francisco, CA on June 19, 2021.

Respectfully submitted,

s/ Tatyana Drevaleva

Plaintiff Pro Se

June 19, 2021.