STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    FAX: (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TATYANA DREVALEVA, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF VETERANS AFFAIRS, et al., <br><br> Defendants. | CASE NO. 3:18-CV-03748-JCS <br><br> [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO MOTION FOR JUDGEMENT ON THE PLEADINGS |

Defendants' administrative motion to extend their deadline to respond to Plaintiff's motion for judgment on the pleadings, ECF No. 410, to July 8, 2021, is before the Court. Good cause having been shown, the Court hereby extends Defendants' deadline to respond to the motion to July 8, 2021. Plaintiff's reply is due ~~June~~ July 15, 2021. The hearing on the motion is rescheduled to July 30, 2021.

IT IS SO ORDERED AS MODIFIED.

Dated: July 1, 2021

_____
Hon. Joseph C. Spero
United States Magistreate Judge

MOT. TO EXTEND MOTION DEADLINE [PROPOSED] ORDER