1  Tatyana Evgenievna Drevaleva

2  3015 Clement St., Apt. 204,

3  San Francisco, CA, 94121

4  415-954-2116, tdrevaleva@gmail.com

5  Plaintiff in Pro Per

THE UNITED STATES DISTRICT COURT

FOR NORTHERN CALIFORNIA

|  |  |
|---|---|
| Tatyana E. Drevaleva ) | Case No. 3:18-cv-03748-JCS |
| *Plaintiff*, ) | Declaration to the Third Motion to |
| vs. ) | Strike Defendants' June 04, 2021 Answer |
| 1) The U.S. Department of Veterans Affairs ) | to My Original June 25, 2018 Complaint |
|  ) | in Its Entirety or Partially, |
| 2) Mr. Denis Richard McDonough in his capacity as a Secretary of the U.S. Department of Veterans Affairs ) | F.R.C.P. Rule 12(f.) |
| 810 Vermont Avenue, NW, Washington, D.C. 20420 ) | Date: August 13, 2021 |
| *Defendant* ) | Time: 09:30 AM |
| Facility: ) | Location: Courtroom F – 15th Floor |
| New Mexico VA Healthcare System 1501 San Pedro Drive, S.E. Albuquerque, NM, 87108 ) | 450 Golden Gate Avenue, |
|  ) | San Francisco, CA 94102 |
|  ) | Judge: The Hon. Chief Magistrate |
|  ) | Judge Joseph C. Spero |

I, Plaintiff Tatyana E. Drevaleva, hereby declare:

1) I am a Plaintiff Pro Se and a Party in this action

2) I have personal knowledge of the facts stated herein, which are known by me to be true and correct, and I will testify competently thereto

3) I am respectfully asking to strike Zack's June 04, 2021 Answer in its entirety:

   a) Because Zack **didn't** represent the true and genuine interests of true Defendants (1) the U.S. Department of Veterans Affairs and (2) Secretary McDonough

   b) Because Zack represented the personal interests of Ms. Carla Dunkelberger and Mr. Phil Johnson who are **not** Defendants in the lawsuit No. 3:18-cv-03748-JCS

   c) Because Zack filed the June 04, 2017 Answer in violation of 38 CFR § 14.514(a) without any evidence that:

      (i) The General Counsel obtained the material facts of the case

      (ii) The General Counsel coordinated with the U.S. Department of Justice regarding my lawsuit No. 3:18-cv-03748-JCS

      (iii) The General Counsel instructed the Regional Counsel about whether or not any further action in my lawsuit No. 3:18-cv-03748-JCS is required

   d) Because the June 04, 2021 Answer was unsworn in violation of 28 U.S.C. § 1746

   e) Because the June 04, 2021 Answer was filed in violation of the F.R.C.P. Rule 11(b.)

4) As an alternative, I am respectfully asking to partially strike Zack's June 04, 2021 Answer for the reasons that I specified in my Third Motion to Strike

5) I am respectfully asking the Court to strike Zack's assertions that "Defendants" didn't know whether or not I sent multiple emails where I explained about the scope of my disability

6) I am respectfully asking the Court to strike Zack's assertions that "Defendants" didn't know whether or not they received my July 14, 2017 Second medical documentation.

1  I declare under the penalty of perjury and under the Federal laws that all foregoing is true
2  and correct. Executed at San Francisco, CA on July 04, 2021.

4  Respectfully submitted,

6  s/ Tatyana Drevaleva

8  Plaintiff Pro Se

10  July 04, 2021.