STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Fax: (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TATYANA DREVALEVA, | Case No. 3:18-CV-03748-JCS |
| Plaintiff, | **DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO TRANSFER VENUE** |
| v. | |
| U.S. DEPARTMENT OF VETERANS AFFAIRS, et al., | |
| Defendants. | |

    Pursuant to Local Rule 7-3(b), Defendants hereby state that they do not oppose transferring venue of this matter to the District of New Mexico. *See* ECF No. 430. In not opposing the motion to transfer, Defendants do not concede or admit any of the facts, allegations, or arguments in Plaintiff's motion regarding the substance or merits of her claims against Defendants or procedures required. Defendants note that jurisdiction in this district is not proper pursuant to the jurisdiction provisions of Title VII and the Rehabilitation Act. *See* 42 U.S.C. § 2000e-5(f)(3) ("Such an action may be brought in any judicial district in the State in which the unlawful employment practice is alleged to have been committed, in the judicial district in which the employment records relevant to such practice are maintained and administered, or in the judicial district in which the aggrieved person would have worked but for the alleged unlawful employment practice . . . ."); 29 U.S.C. § 794a(a)(1).

//

| | |
|---|---|
| Date: July 16, 2021 | Respectfully submitted, |
| | STEPHANIE M. HINDS<br>Acting United States Attorney |
| | */s/Adrienne Zack*<br>Adrienne Zack<br>Assistant United States Attorney |

DEFS. STMT. OF NON-OPP'N
Case No. 3:18-CV-03748-JCS