UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS, et al.,<br><br>    Defendants. | Case Nos.  18-cv-03748-JCS<br>21-cv-00500-JCS<br>21-cv-00684-JCS<br><br>**ORDER OF RECUSAL** |

The undersigned magistrate judge hereby recuses himself from further proceedings in the cases listed above. Based on previous determinations that case numbers 21-cv-00500-JCS and 21-cv-00684-JCS are related to case number 18-cv-03748-JCS, and that case number 18-cv-03748-JCS is related to case number 19-cv-01454-HSG (among other cases assigned to Judge Gilliam), the Clerk shall reassign all three of these cases to the Honorable Haywood Gilliam.

**IT IS SO ORDERED.**

Dated: August 9, 2021

JOSEPH C. SPERO
Chief Magistrate Judge