1 | Tatyana Evgenievna Drevaleva
2 | 3015 Clement St., Apt. 204,
3 | San Francisco, CA, 94121
4 | 415-954-2116, tdrevaleva@gmail.com
5 | Plaintiff in Pro Per

THE UNITED STATES DISTRICT COURT

FOR NORTHERN CALIFORNIA

Tatyana E. Drevaleva

    *Petitioner*,

    vs.

1) The U.S. Department of Veterans Affairs

2) Mr. Denis Richard McDonough in his capacity as a Secretary of the U.S. Department of Veterans Affairs

   810 Vermont Avenue, NW,
   Washington, D.C. 20420

    *Defendants*

Facility:

   New Mexico VA Healthcare System
   1501 San Pedro Drive, S.E.
   Albuquerque, NM, 87108

Case No. 4:18-cv-03748-HSG

Declaration to the Administrative Motion For Permission to File the First Motion for Summary Judgment in the U.S. District Court for the Northern District of California, the Civil Local Rule 7-11.

Location: Courtroom 2 – 4th Floor

1301 Clay Street, Oakland, CA 94612

Judge: The Hon. Haywood S. Gilliam

Declaration to the 1st AM for Permission to file a MSJ, No. 4:18-cv-03748-HSG

I, Plaintiff Tatyana Drevaleva, hereby declare:

1) I am a Plaintiff Pro Se and a party of this action

2) I have a personal knowledge of the facts stated herein, which are known by me to be true and correct, and I will testify competently thereto

3) Previously, Judge Spero ordered the Parties to file Motions for Summary Judgments on August 13, 2021

4) I already prepared my Motion for Summary Judgment in case No. 4:18-cv-03748-HSG, and I was planning to file this Motion today that is August 12, 2021

5) On August 09, 2021, Judge Spero recused himself from judging all my lawsuits. He did it because he had criminally conspired with Attorneys Robinson and Zack

6) Specifically, Spero ordered the U.S. Marshals service to serve Attorney Robinson instead of serving real Defendants in case No. 4:21-cv-00684-HSG

7) Spero did it because he **knew** that both Investigative Files in cases No. 4:18-cv-03748-HSG and 4:19-cv-01454-HSG were fabricated. There were no true and real EEO investigations in these cases

8) Spero covered up criminal activities of Judge Alsup and Attorneys Robinson and Zack

9) On August 12, 2021, Judge Gilliam transferred my lawsuit No. 4:18-cv-03748-HSG to the District Court of New Mexico. It will severely delay a speedy and fair resolution of my lawsuit

10) On August 12, 2021, Judge Gilliam recklessly disregarded the material facts of my lawsuits and denied all my Motions in the lawsuit No. 4:18-cv-03748-HSG. Giliam criminally covered up the material fact of the case that on June 12, 2017 Ms. Dunkelberger hired young male employee Mr. David Williams to substitute my employment, and she also hired another young male employee Mr. David Trujillo

11) In his August 12, 2021 Order, Gilliam wrote, page 4, lines 19-22, "there is at least a factual question as to whether permitting an employee to take leave for international travel on only one day's notice would have been a reasonable accommodation

Declaration to the 1st AM for Permission to file a MSJ, No. 4:18-cv-03748-HSG

consistent with the requirements of Plaintiff's probationary position as a medical instrument technician."

12) In my Motion for Summary Judgment that was I was planning to file today which is August 12, 2021, I addressed Gilliam's concern about "whether permitting an employee to take leave for international travel on only one day's notice"

13) Also, I found a case law *EEOC v. BNSF RAILWAY COMPANY*, No. 16-35457 (9th Circuit, 2020) that described granting preliminary injunction by statute in the Title VII/ADA case without evaluating four elements of the test for preliminary injunction

14) I urgently need to obtain permanent injunction because I am suffering from an irreparable harm

15) I am asking Judge Gilliam o allow me to file my Motion for Summary Judgment today that is August 12, 2021 at the U.S. District Court for the Northern District of California

16) I am asking Judge Gilliam to prohibit Attorney Zack to file her Motion for Summary Judgment because she is not going to tell the truth to the Court

17) I will ask the Court to evaluate the merits of my Motion for Summary Judgment, to determine that I am entitled to Summary Judgment as a matter of law, to determine that the Agency discriminated me against my desire to get pregnant, against my sex/gender, against my age, and against my temporary disability that was related to taking a time off to go to Russia to refill a prescription of my hormonal pills and to perform an IVF attempt.

18) I will also demonstrate that I am entitled to permanent injunction as a matter of law by statute without evaluating four elements of the test for preliminary injunction.

I declare under the penalty of perjury and under the Federal laws that all foregoing is true and correct. Executed at San Francisco, CA on August 12, 2021.

1  Respectfully submitted,

3  s/ Tatyana Drevaleva

5  Plaintiff Pro Se

7  Date: August 12, 2021.

Declaration to the 1st AM for Permission to file a MSJ, No. 4:18-cv-03748-HSG