1    Tatyana Evgenievna Drevaleva

2    3015 Clement St., Apt. 204,

3    San Francisco, CA, 94121

4    415-954-2116, tdrevaleva@gmail.com

5    Plaintiff in Pro Per

6

7                        THE UNITED STATES DISTRICT COURT

8                          FOR NORTHERN CALIFORNIA

9

10                                                    )    Case No. 4:18-cv-03748-HSG
                                                      )
11   Tatyana E. Drevaleva                             )
                                                      )
12              *Petitioner*,                         )    Proposed Order.
                                                      )
13              vs.                                   )
                                                      )
14                                                    )    Location: Courtroom 2 – 4th Floor
     1)  The U.S. Department of Veterans Affairs      )
15                                                    )    1301 Clay Street, Oakland, CA 94612
                                                      )
16   2)  Mr. Denis Richard McDonough in his           )    Judge: The Hon. Haywood S. Gilliam
         capacity as a Secretary of the U.S.          )
17       Department of Veterans Affairs               )
                                                      )
18       810 Vermont Avenue, NW,                      )
         Washington, D.C. 20420                       )
19                                                    )
                *Defendants*                          )
20                                                    )
     Facility:                                        )
21                                                    )
         New Mexico VA Healthcare System              )
22       1501 San Pedro Drive, S.E.                   )
         Albuquerque, NM, 87108                       )
23                                                    )
                                                      )
24                                                    )
                                                      )
25                                                    )
                                                      )
26                                                    )
                                                      )
27                                                    )
                                                      )
28 _____           )

Proposed Order, No. 4:18-cv-03748-HSG

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Administrative Motion is **GRANTED.**

Plaintiff is allowed to file a Motion for Summary Judgment today that is August 12, 2021.

Attorney Ms. Adrienne Zack is prohibited from filing her Motion for Summary Judgment.

**IT IS SO ORDERED.**

_____          _____

Date:                          The Hon. Judge Haywood S. Gilliam

Proposed Order, No. 4:18-cv-03748-HSG