FILED

AUG 19 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> DEPARTMENT OF VETERANS AFFAIRS; et al., <br><br> Defendants-Appellees. | No.   21-15611 <br><br> D.C. No. 3:18-cv-03748-JCS <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before:  SCHROEDER, TASHIMA, and HURWITZ, Circuit Judges.

Upon a review of the record and the responses to the court's July 19, 2021 order, we conclude that the questions raised in this appeal are so insubstantial as not to require further argument.  *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (stating standard).  Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

MN/MOATT