UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-03748-HSG<br><br>**ORDER**<br><br>Re: Dkt. Nos. 461, 462, 463 |

All pending motions in this case are DENIED. Dkt. Nos. 461, 462, 463. The Court reemphasizes that this case is closed and no further filings will be accepted. Non-compliance with the Court's orders will result in the revocation of Plaintiff's e-filing privileges.

**IT IS SO ORDERED.**

Dated: 10/26/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge